# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL MORENO JONES,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO SHERIFF'S DEP'T,<br><br>Defendant. | Case No. 25-cv-00779-BAS-KSC<br><br>**ORDER DISMISSING CIVIL ACTION PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)(ii) AND § 1915A(b)(1) AND FOR FAILING TO PROSECUTE IN COMPLIANCE WITH COURT ORDER REQUIRING AMENDMENT** |

Plaintiff Terrell Moreno Jones, a detainee proceeding pro se, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983, along with a motion to proceed in forma pauperis ("IFP"). (*See* ECF Nos. 1, 2.)

On August 5, 2025, the Court granted Jone's IFP motion and dismissed the case without prejudice and with leave to amend pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii), § 1915A(b)(1). (ECF No. 5.) Jones was given until October 4, 2025, to file a First Amended Complaint that cured the pleading deficiencies outlined in the August 5, 2025 Order. (*Id.*)

To date, Jones has not filed an amended complaint nor requested an extension of time. "The failure of the plaintiff eventually to respond to the court's ultimatum—either by amending the complaint or by indicating to the court that [he] will not do so—is properly

1  met with the sanction of a Rule 41(b) dismissal." *Edwards v. Marin Park*, 356 F.3d 1058, 1065 (9th Cir. 2004).

   The Court **DISMISSES** this civil action **WITH PREJUDICE**, for Plaintiff's failure to state a claim upon which § 1983 relief can be granted and for his failure to prosecute as required by Court's August 5, 2025 Order. The Court further **CERTIFIES** that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3) and **DIRECTS** the Clerk to enter a final judgment of dismissal and close the file.

   **IT IS SO ORDERED.**

DATED: October 30, 2025

*[signature]*
**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**